178 F.3d 1278
 Carroll Township Authority, Township of Carroll
v.
Municipal Authority of City of Monongahela, Samuel E. White,
as General Manager of Municipal Authority of City of
Monongahela, Donald Devore, Chairman of Municipal Authority
of City of Monongahela, Robert G. Renninger, Memeber of
Board of Municipal Authority of City of Monongahela,
Frederick L. Cicci, Member of Board of Municipal Authority
of City of Monongahela
 NO. 98-3241
 United States Court of Appeals,
Third Circuit.
 March 10, 1999
 Appeal From: W.D.Pa. ,No.95cv00134
 
 1
 Affirmed.